JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROSCOE MANIGO JR., <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, REBECCA ROGERS, FELIX SANCHEZ, AND HEATHER DALMASES, <br><br> Defendants. | CASE NO. EDCV 24-02013-WLH (AS) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: 5/7/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE